

# Fourth Court of Appeals
## San Antonio, Texas

February 24, 2014

No. 04-13-00319-CV

Albert Ralph **VELASQUEZ**, Associated Transportation Services, LLC, and P5 Management Group,
Appellants

v.

Lisa **RAMIREZ**,
Appellee

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2010-CI-00229
Honorable Larry Noll, Judge Presiding

## O R D E R

   The Appellant's Motion for Extension of Time to File Reply Brief is GRANTED.  The appellant's reply brief is due on February 28, 2014.

**PER CURIAM**

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court

